ANDREW R. HAYDEN
Acting United States Attorney
Timothy F. Salel
Assistant U.S. Attorney
California Bar No. 163597
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Telephone  No.: (619) 546-8055
Email:  timothy.salel@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23CR1536-AGS |
|---|---|
| v. | **JOINT MOTION TO DISMISS INFORMATION WITH PREJUDICE** |
| ALBERTO GARCIA-CARDENAS, | |
| Defendant. | |

The parties, the UNITED STATES OF AMERICA, by and through its counsel, Andrew R. Hayden, Acting United States Attorney, and Timothy F. Salel, Assistant U.S. Attorney, and defendant ALBERTO GARCIA-CARDENAS, by and through his defense counsel, Keith Rutman, jointly move this Court, under Rule 48(a) of the Federal Rules of Criminal Procedure, to dismiss the Information [Doc. 16] with prejudice in the interests of justice.

After the Court entered the Order Accepting Guilty Plea [Doc. 25] on August 23, 2023, the United States received information from the United States Marshals Service regarding defendant's arrest in 2011 that was not included in the Criminal History Report [Doc. 21].  The information reflects that defendant was arrested during January 2011 and

received a "full term release" on or about February 18, 2011.  Any indictment or information for defendant's escape should have instituted within five years of defendant's arrest in 2011.   See 18 U.S.C. § 3282(a); *United States v. Bailey*, 444 U.S. 394, 414 (1980)(the crime of escape is a continuing offense and "the statute of limitations is tolled for the period that the escapee remains at large").

Accordingly, the parties jointly move the Court to dismiss the Information with prejudice.

DATED: August 25, 2023            Respectfully submitted,

ANDREW R. HAYDEN
Acting United States Attorney

*/s/ Timothy F. Salel*
TIMOTHY F. SALEL
Assistant United States Attorney

DATED: August 25, 2023            */s/ Keith Rutman*
KEITH RUTMAN
Counsel for defendant
ALBERTO GARCIA-CARDENAS