# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cr-01536-AGS |
| v. | JUDGMENT & ORDER |
| ALBERTO GARCIA-CARDENAS, | |
| Defendant. | |

Upon joint motion of the parties, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause appearing, the Court finds that the Information [Doc. 16] should be dismissed with prejudice in the interests of justice.

IT IS HEREBY ORDERED:

1. The Information [Doc. 16] shall be dismissed with prejudice;
2. Alberto Garcia-Cardenas shall be released from custody as soon as possible; and
3. Any arrest warrant based on the escape charge for Alberto Garcia-Cardenas shall be recalled.

IT IS SO ORDERED.

DATED: August 25, 2023

HON. ANDREW G. SCHOPLER
United States District Judge